# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Jehan Tremayne Butler, ) | Civil Action No.: 5:17-cv-00758-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO REMAND** |
| ) | |
| Santee Police Department, The City of ) | |
| Santee, and Curtis William Mizell, ) | |
| Individually, ) | |
| ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Plaintiff Jehan Tremayne Butler's ("Plaintiff") motion to remand. Plaintiff seeks an Order to remand this case to the Orangeburg County Court of Common Pleas. Both parties have reviewed this Order and there are no objections by either party. Therefore, the court finds that this case be remanded pursuant to 28 U.S.C. § 1447(c) to the Orangeburg County Court of Common Pleas.

**IT IS SO ORDERED.**

J. Michelle Childs
United States District Judge

May 12, 2017
Columbia, SC

1